## Musleva, Appellant, *v*. Patton Clay Manufacturing Company (No. 2).

Argued March 26, 1940. Before Schaffer, C. J., Maxey, Drew, Linn, Stern, Barnes and Patterson, JJ.

*Ralph F. Smith,* with him *Ernest G. Nassar* and *N. A. Malloy,* for appellants.

*Frank Barnhart,* with him *Reuel Somerville, Frank J. Hartmann* and *Barnhart & Adams,* for appellee.

Opinion by Mr. Justice Maxey, April 15, 1940:

This appeal is by the wife of Steve Musleva, the opinion in whose case has this day been handed down. Her action for damages for personal injuries from gases emanating from the mine is based on precisely the same cause of action as her husband's. For the reasons stated in the opinion in that case, the assignments of error in this case are overruled.

The judgment is affirmed.